EDWARD S. ZIZMOR, ESQ. ID # 016631976
60 COURT STREET
HACKENSACK, NEW JERSEY 07601
TEL: 201-342-6222
Attorney for Plaintiff

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2019 APR 23  P 2: 19

JEANNE A. NAUGHTON

BY: _____ CLERK

---

MARK J. MIFSUD

           Debtor,

UNITED STATES BANKRUPTCY
COURT
DISTRICT OF NEW JERSEY

---

MEDWELL LLC

           Plaintiff,

vs.

MARK J. MIFSUD

           Defendant,

CHAPTER 7
CASE NO. 19-15754-SLM
HON STACY L. MEISEL

CIVIL ACTION
CONTRACT
COMPLAINT

---

      Plaintiff, **MEDWELL LLC.**, located 33 Central Avenue, Midland Park, 07432.

Filed this adversary proceeding against this Defendant pursuant to 11 U.S.C section

523 and 727 in order to object to Defendant's discharge and have the Defendant's

debts to plaintiff declared non-discharged and states.

      1.     This action is brought pursuant to 11 U.S.C Section 523 to object to

the discharge of Defendant's debts to MEDWELL LLC., and pursuant to 11 U.S.C

Section 727 opposing Defendant's discharge in her case brought under chapter 7

of the Bankruptcy Code ("the code") captioned "In re MARK J. MIFSUD bearing

docket no 19-15754-SLM filed in the Unites States Bankruptcy Court for the

District of New Jersey.

2.    This a case proceeding under the Code.

## THE PARTIES

3.    Defendant MARK J. MIFSUD  is an individual residing at 123 Glen Ave

Glen Rock, NJ 07452 and is the Debtor in this chapter 7 case.

4.    Plaintiff MEDWELL LLC., is a medical Provider and creditor of

Defendant.

## BACKROUND

1.    Defendant MARK J. MIFSUD received medical treatment from

MEDWELL LLC from March 10-26, 2016.

2.    Defendant MARK J. MIFSUD was insured by HORIZON BLUE

CROSS/BLUE SHIELD and so advised Plaintiff.

3.    Plaintiff MEDWELL LLC performed the necessary medical on MARK J.

MIFSUD and gave him the necessary treatment for her recovery over the period

of March 10-26, 2016.

4.    Plaintiff's bill for services is $15, 935.00.

5.    Defendant MARK J. MIFSUD converted the $9,860.00 in insurance

checks for Plaintiff medical services.

6.     Defendant converted the $9,860.00 Horizon Blue Cross/Blue Shield insurance checks for his own use and failed to pay $9,860.00 over to MEDWELL LLC.

7.     Plaintiff commenced suit against Defendant in the Superior Court of New Jersey and obtained judgment.

8.     Defendant MARK J. MIFSUD paid Plaintiff $2,400.00.

9.     Defendant MARK J. MIFSUD failed to pay $7,460.00.

10.     Defendant MARK J. MIFSUD despite conversion filed this Chapter 7 proceeding on March 21, 2019 seeking discharge of his obligations to MEDWELL LLC.

## FIRST COUNT

11.     Plaintiff restates and realleges the proceeding pleading paragraphs the same if set forth on full herein.

12.     Defendant failed to pay over to Plaintiff the insurance checks in the sum of $7,460.00 received from Horizon Blue Cross/Blue Shield for Plaintiff's medical services.

13.     Defendant MARK J. MIFSUD has to explain satisfactory, his conversion of $7,460.00 in Horizon Blue Cross/Blue Shield insurance checks in violation of 11 U.S.C Section 1328.

WHEREFORE, Plaintiff respectfully request that Defendant MARK J.

MIFSUD denied a discharge in Bankruptcy.

Dated: April ___19___, 2019

_____
EDWARD S. ZIZMOR ESQ.
Attorney for Plaintiff